UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETE ROOKE,<br>　　　　Plaintiff,<br>　　v.<br>KEVIN CHAPPELL, et al.,<br>　　　　Defendants. | Case No. 14-cv-04318-JD<br><br>**JUDGMENT** |

Pursuant to the order of dismissal signed today, judgment is entered against plaintiff. He shall take nothing by way of his complaint.

**IT IS SO ORDERED.**

Dated: September 3, 2015

_____
JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PETE ROOKE,

        Plaintiff,

  v.

KEVIN CHAPPELL, et al.,

        Defendants.

Case No. 14-cv-04318-JD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 3, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Pete Rooke ID: C76159
San Quentin State Prison
One North 20 Low
San Quentin, CA 94974

Dated: September 3, 2015

Susan Y. Soong
Clerk, United States District Court

By: /s/ Lisa R. Clark
LISA R. CLARK, Deputy Clerk to the
Honorable JAMES DONATO

2